BEFORE THE FIRST DIVISION, JANUARY 11, 1957

**No. 60438.**—Lasso Tapes, Inc., et al. v. United States, protests 189157–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellulose tapes, coated with an adhesive, the same in all material respects as those the subject of *Vandergrift Forwarding Co.* and *Lasso Tapes, Inc.* v. *United States* (37 Cust. Ct. 18, C. D. 1793), the claim of the plaintiffs was sustained.